**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2456**

---

DAVID P. FARLEY,

                                        Plaintiff - Appellant,

        versus

JOEL LEEB, D.D.S., M.S.D; MIKE YONK, Cedarhurst,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CA-97-712-5-BR)

---

Submitted:  January 15, 1998        Decided:  January 27, 1998

---

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

David P. Farley, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders dismissing his complaint under 28 U.S.C.A. § 1915A(e)(2) (West Supp. 1997), and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Farley v. Leeb</u>, No. CA-97-712-5-BR (E.D.N.C. Oct. 2 & 7, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2